IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

RAYMOND DRAKE,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

Case No. 6:15-cv-01899-AA
**OPINION AND ORDER**

AIKEN, Judge:

On March 19, 2018, judgment was entered in favor of defendant. Defendant seeks an award of costs in the amount of $1,425.71 pursuant to 28 U.S.C. §§ 1920 and 1923(a). This amount includes fees for deposition transcripts necessarily obtained for use in motion for summary judgment briefing, fees for witnesses, and docket fees for prevailing party on final hearing. *See generally* Def.'s Bill of Costs. (doc. 49). The expenses which may be taxed as costs are enumerated in 28 U.S.C. §§ 1920 and 1923(a).

In this case, the requested costs all fall within the purview of 28 U.S.C. §§ 1920 and 1923(a), and are supported by defendant's billing statements. *See* Peterson Decl. Ex. A. (doc.

50). Moreover, the costs are unopposed by plaintiff. Therefore, defendant's costs are awarded in full.

Defendant's Bill of Costs (doc. 49) is GRANTED in the amount of $1,425.71. Accordingly, this action is DISMISSED.

IT IS SO ORDERED.

Dated this 10th day of September 2018.

*Ann Aiken*
Ann Aiken
United States District Judge